No. 178. UNITED STATES *v.* J. P. RANSOM. Error to the Circuit Court of Appeals for the Eighth Circuit. Argued January 18, 1924. Decided January 21, 1924. *Per Curiam.* Judgment affirmed upon the authority of *McCurdy* v. *United States,* 246 U. S. 263, 273. *Mr. S. W. Williams,* Special Assistant to the Attorney General, with whom *Mr. Solicitor General Beck* was on the brief, for the United States. *Mr. C. W. King,* with whom *Mr. George F. Short* was on the brief, for defendant in error.

---

PETITIONS FOR CERTIORARI GRANTED, FROM OCTOBER 1, 1923, TO AND INCLUDING JANUARY 28, 1924.

---

No. 357. UNITED STATES *v.* EDWARD H. CHILDS, TRUSTEE IN BANKRUPTCY, ETC. October 8, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Solicitor General Beck* for petitioner. *Mr. Moses Cohen* for respondent.